**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.

RYAN GATCOMB

a/k/a Ryan Gatcomb-Golenice

No. 1:26-cr-00037-SDN

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Possession of Child Pornography)

Between about May 7, 2025, and about June 4, 2025, in the District of Maine, the defendant

**RYAN GATCOMB**
**a/k/a**
**RYAN GATCOMB-GOLENICE**

knowingly possessed material containing images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and was produced using materials that had moved in interstate and foreign commerce. Specifically, the defendant possessed image and video files of child pornography that had been transmitted by computer using the internet and were possessed by the defendant in a computer with internal storage that had previously been transported in interstate and foreign commerce, as well as on a cell phone that that had previously been in interstate and foreign commerce. These image and video files depicted Minor A and Minor B engaged in sexually explicit conduct.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2256(8)(A) and 2252A(b)(2).

## FORFEITURE NOTICE

Upon conviction of an offense alleged in the count of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, (1) any visual depiction or other matter containing such visual depiction or image of child pornography that was received or possessed as alleged in any count of this Indictment and (2) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense alleged in this Indictment, including but not limited to:

    a. One Motorola cell phone; and

    b. One HP computer with internal storage drives.

A TRUE BILL, this _____8th_____ day of April 2026

Signature Redacted – Original on file with the Clerk's Office

_____
FOREPERSON

_____
ASSISTANT UNITED STATES ATTORNEY

2